

# NUMBER 13-13-00447-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

EB INTERNATIONAL, LLC, AND
HIDALGO LOGISITICS, LLC, D/B/A
HIDALGO COLD STORAGE, A
TEXAS LIMITED LIABILITY COMPANY,                    Appellants,

v.

JENROB INVESTMENTS, LP,
A TEXAS LIMITED PARTNERSHIP,                         Appellee.

### On appeal from the 332nd District Court
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Benavides and Longoria
### Memorandum Opinion Per Curiam

This appeal was abated by this Court on October 11, 2013, due to the bankruptcy

of one of the parties to this appeal.   *See* 11 U.S.C. § 362; *see generally* TEX. R. APP. P. 8.

This cause is now before the Court on appellants' motion to dismiss the appeal on grounds that the trial court's partial summary judgment did not dispose of all claims against the parties and therefore was not a final, appealable judgment. Appellants request that this Court dismiss the appeal. Accordingly, this case is hereby REINSTATED.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
6th day of February, 2014.